UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILFORD LYN HOLLOWAY, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> J.C. GILES, Warden, and THE ) <br> ATTORNEY GENERAL OF THE ) <br> STATE OF ALABAMA, ) <br> ) <br> Respondents. ) | Case No. 1:11-cv-04050-WMA-HGD |

### DISMISSAL ORDER

On December 6, 2011, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On December 13, 2011, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus is due to be and hereby is DISMISSED WITHOUT PREJUDICE. The Clerk is DIRECTED to send to petitioner a copy of his habeas corpus petition, brief and all exhibits submitted with his habeas corpus petition.

DONE this 14th day of December, 2011.

                                                _____
                                                **WILLIAM M. ACKER, JR.**
                                                **UNITED STATES DISTRICT JUDGE**